United States Courts
Southern District of Texas
FILED

APR 08 2019

David J. Bradley, Clerk of Court



# UNITED STATES DISTRICT COURT

for the

_________ District of _________

_________ Division

Wyatt E. Busby
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Authorized Person of Custody
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Wyatt Ellis Busby JR
All other names by which you have been known: Inmate 02626177 At Harris County
ID Number: Sheriff office 1200 Baker St Houston TX 77002
Current Institution
Address: 8819 Bedworth LN
Houston, TX 77088
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Authorized Person of Custody
Job or Title *(if known)*: District Attorney
Shield Number: 500 Jefferson Suite 600
Employer
Address
Houston, TX 77002
City / State / Zip Code
☐ Individual capacity ☒ Official capacity

Defendant No. 2
Name: Authorized person of Custody
Job or Title *(if known)*: District Attorney
Shield Number: 1201 Franklin Suite 600
Employer
Address
Houston, TX 77002
City / State / Zip Code
☐ Individual capacity ☒ Official capacity

Defendant No. 3
- Name: Organized Grand Jury
- Job or Title *(if known)*:
- Shield Number:
- Employer: Harris County Sheriff office
- Address:

Houston (City) TX (State) 77002 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 4
- Name: District Courts
- Job or Title *(if known)*:
- Shield Number:
- Employer: Harris County Sheriff office
- Address:

Houston (City) TX (State) 77002 (Zip Code)

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Deprivation of trial

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Constitution Amendments 4, 5, 6; Therefor 8, 13, 14

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The institution deprived my trial hearing to revage the Court 176 Complainand of Court 180 deprived to a fair Speedy trial Act. agreement.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [X] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [X] Other *(explain)* Claim Violation to Priors Conviction of CCP 1.15 Article of Speedy trial Act.

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I Stabbed my mom Ex-boyfriend of Sexoulaassaulting me while sleep of Nov. 2008 I file Complaint Clams of not haveing a fair speedy trial. Now I Can show my life is in danger of the Court 176 Complainant where the court 176 Complainant Come to ~~my~~ home ~~of betting on some lady~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I filed Art. 11.07 objecting to the prior Ehancement. Therefor I have proof that my life is being deprived of trial of the priors Case No. 942706 of Court 232 an Case No 1192721 of Court 180 I have more proof of my lawyer withdrawed Bar NO 24033236

C. What date and approximate time did the events giving rise to your claim(s) occur?

obtained proof of Solicitation of Charactor on Stated date Dec. 2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was deprived under a Speedy trial agreement which set my Kids life in danger for the Court 176 Complainant to revogen of I was Convicted by 180 Court I file artical 11.07 object a Complainting but they only show proof they to Solicitate fact of the events happen for an Conviction

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

None impost for evidence or in past priors.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I look for justice an my right to Complaintion under the Bill of right of proveing fact that I have of the 11.07 file it proveing violation underthe government Code an federal Criminal Coder of my incarceration show a day for day deprivation with no Care of my true Charactor of my action; therefor, of over looking violation is a penny for penny Court where it show 10, Billion an more of violation of Charactor fee

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

H.C.S.O. & T.D.C.J

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

I file an I.O.C grievance procedure

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes an 11.07

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

An 11.07 for grievance of more then 90 day for trial.

2. What did you claim in your grievance?

Objection to the prior Ehancment

3. What was the result, if any?

deani pre-trial hearing & a lawyer Withdraw

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Case No. 1535843 is still imposted; it under reques to an appeal Coort that a Conviction is the best decision to review any matter to resolve

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Its Coort matter a grievance will state of the department

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

D.O. officer hang in there & that law library issose

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Artical 11.07 review & The Charges brocase to homicide

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I done No what a 3 strikes rule is!

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) I don't have proof
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition. Art. 11.07

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Appealed imposted of Art 11.07

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Art 11.07

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) [illegible]

   Defendant(s) 15358243 of 942706 an 1192721

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Harris County district Court

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit Dec. 2018 Art 11.07 of 942706

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still imposted

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ________________

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Matt Bosbc

Prison Identification #: 02926177

Prison Address: 1200 Baker st of H.C.S.O

Houston, TX 77002

City, State, Zip Code

### B. For Attorneys

Date of signing: ________________

Signature of Attorney: ________________

Printed Name of Attorney: ________________

Bar Number: ________________

Name of Law Firm: ________________

Address: ________________

City, State, Zip Code

Telephone Number: ________________

E-mail Address: ________________